In the Matter of the Judicial Settlement of the Account of Edward D. Harris, as Sole Surviving Trustee, etc., under the Will of Henry Hilton, Deceased. Helen Hilton Forde and Others, Appellants; Albert B. Hilton

and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.